**John W. Luttrell et al., appellees, v. Charles E. Wyatt and Margaret J. Wyatt, appellants.**

Bill in circuit court to set aside a former decree of said court on the ground that it was obtained by fraud. Demurrer sustained and bill dismissed. Appeal from the Circuit Court of Sangamon county; the Hon. Norman L. Jones, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

Alonzo Hoff and Sampson, Wood & Giffin, for appellants. Robert H. Patton, for appellee John W. Luttrell.

Mr. Justice Heard delivered the opinion of the court.

---

In re estate of George Carnes, deceased. Thomas Miller et al., appellants, v. Fred H. Farrand, administrator with the will annexed, appellee.

Final account of an administrator approved in the county court and in the circuit court on appeal, except as to one item of interest which was disallowed. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1921. Affirmed. Opinion filed October 25, 1921.

William and Barry Mumford and L. T. Graham, for appellants. W. E. Williams and A. Clay Williams, for appellee.

Mr. Justice Heard delivered the opinion of the court.